IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB PHARMA GMBH, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACCORD HEALTHCARE, INC., et al.,<br><br>    Defendants. | C.A. No. 13-1206 (LPS)<br>**CONSOLIDATED** |
| UCB, INC., UCB PHARMA GMBH, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLENMARK GENERICS INC., USA. and GLENMARK GENERICS LTD.,<br><br>    Defendants. | C.A. No. 13-1212 (LPS) |

**STIPULATION OF DISMISSAL OF DEFENDANTS**

    WHEREAS, Defendants Glenmark Generics Inc., USA and Glenmark Generics Ltd. (collectively, "Glenmark") have amended ANDA Nos. 204980 and 205006 to remove the certifications under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to United States Reissued Patent No. RE38,551 and are no longer seeking FDA approval of ANDA Nos. 204980 and 205006 prior to the expiration of that patent;

    WHEREAS, as a result of the foregoing, the parties hereto agree that a case or controversy in this action no longer exists between Plaintiffs and Glenmark;

NOW, THEREFORE, it is hereby stipulated and agreed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) that all claims, counterclaims and affirmative defenses between Plaintiffs and Glenmark are dismissed for lack of subject matter jurisdiction, each party is to bear its own costs, disbursements, and attorney fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
| /s/ Jack B. Blumenfeld | /s/ David A. Dorey |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | David A. Dorey (#5283)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>dorey@blankrome.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Robert L. Baechtold<br>Scott K. Reed<br>Ha Kung Wong<br>Joshua I. Rothman<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100 | Alred W. Zaher<br>Joel L. Dion<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>(215) 569-5500 |
| George F. Pappas<br>Jeffrey B. Elikan<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>(202) 662-6000 | Jay P. Lessler<br>BLANK ROME LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208<br>(212) 885-5000 |

June 19, 2014